IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL NO. 20- |
| v. | : | DATE FILED: |
| KEITH LEWIS, JR. | : | VIOLATION:<br>18 U.S.C. § 1709 (theft of mail by a postal service employee – 2 counts) |
| | : | |

**INFORMATION**

**COUNTS ONE AND TWO**

**THE UNITED STATES ATTORNEY CHARGES THAT:**

On or about the dates listed below, in Philadelphia, in the Eastern District of Pennsylvania, defendant

**KEITH LEWIS, JR.,**

while an employee of the United States Postal Service, unlawfully embezzled any letter and mail, that is, two First-Class Mail letters containing gift cards, listed below, which were entrusted to him and which came into his possession intended to be conveyed by mail, each date constituting a separate offense:

| COUNT | DATE | GIFT CARD ENDING IN | AMOUNT |
|---|---|---|---|
| 1 | September 26, 2019 | 9973 | $25.00 |
| 2 | October 4, 2019 | 8826 | $25.00 |

All in violation of Title 18, United States Code, Section 1709.

*Ronald Sarach* for

_____
**WILLIAM M. McSWAIN**
**United States Attorney**

Date:  September 30, 2020

No._____

**UNITED STATES DISTRICT COURT**

*Eastern District of Pennsylvania*

*<u>Criminal Division</u>*

THE UNITED STATES OF AMERICA

vs.

KEITH LEWIS, JR.

INFORMATION

Counts One and Two

18 U.S.C. § 1709

(theft of mail matter by postal service employee – 2 counts)

*A true bill.*

_____
*Foreman*

*Filed in open court this* _____ *day,*

*of* _____ *A.D. 20*\_\_\_\_

_____
*Clerk*

*Bail, $*_____